07-163M

# Violation Notice

| | |
|---|---|
| Violation Number | R 3219912 |
| Officer Name (Print) | Vincent |
| Officer No. | V0480 |
| | DE-10 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/22/2007  2342 | Title 18, United States Code Section 113a5; Simple Assault |

Place of Offense: Bldg. #902 Rm #209 Dover AFB DE 19902

Offense Description: Title #18, United States Code Section 113a5; Simple Assault

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. | Phone |
|---|---|---|---|
| Lewis | Jennifer | K | |

| Street Address | |
|---|---|
| City | Magnolia |
| State | DE |
| Zip Code | 19962 |
| Date of Birth | 1981 |

| Drivers License No | DL State | Social Security No |
|---|---|---|
| | DE | |

☒ Adult ☐ Juvenile  Sex ☐ Male ☒ Female  Hair Br  Eyes Br  Height 5'5"  Weight 145

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**PAY THIS AMOUNT →**

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| US District Court, 844 King St., Wilmington DE 19801 | | |

X Defendant Signature: [signature]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

---

**REDACTED**

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 April, 2007 while exercising my duties as a law enforcement officer in the Kent District of Delaware

Your honor, while performing routine patrol duties on Dover AFB, Jennifer Lewis apparently assaulted her husband, Daniel Alfred, by grabbing his head, striking his acquired room. After advising both parties of their rights, he stated Jennifer had struck him in the face repeatedly and bit him on the forearm. I visually verified redness, bruises on occurs forearm.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/23/2007   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge