IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R3219912

Jennifer K. Lewis : 07-163M

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for Jennifer K. Lewis.

                                              COLM F. CONNOLLY
                                              United States Attorney

                   BY:
                                              NICHOLAS D. CARTER, Captain, USAF
                                              Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this 14th day of November 2007.

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                              HONORABLE LEONARD P. STARK
                                              United States Magistrate Judge